UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S,

                Plaintiff,

            -against-

SALVIATI & SANTORI, INC.,

                Defendant.
-----------------------------------------------------------x

NOT FOR PUBLICATION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 1 0 2009 ★
BROOKLYN OFFICE

MEMORANDUM
AND ORDER
08-CV-4474 (JG) (VVP)
5248

JOHN GLEESON, United States District Judge:

      This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant SALVIATI & SANTORI, INC. on January 6, 2009 by personal service on Helen Marino, Managing Agent, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired.

      Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

      ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S have judgment against defendant SALVIATI & SANTORI, INC. in the liquidated amount of $3,431.11 with interest at 6% from October 21, 2008 amounting to $55.84, amounting in all to $3,486.95.

SO ORDERED.

Dated: Brooklyn, New York
       February 9, 2009

                                    s/John Gleeson  2-9-09
                                    JOHN GLEESON
                                    United States District Judge